SMITH, Appellant, *v.* BANTA, Respondent.

*(Common Pleas of New York City and County, General Term.   March 7, 1892.)*
Action by Martin Smith against John P. Banta.   From a judgment in favor of defendant, plaintiff appealed, and defendant moves to strike the cause from the calendar for nonservice of printed papers, and for judgment of affirmance.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*A. Isire,* for respondent.

No opinion.  Motion granted, and judgment affirmed, with costs.